

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAR 10 2008
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael E. Anderson
#2007008 2448

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV 1413
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

Case No: _____
(To be supplied by the Clerk of this Court)

vs.

Detective Paul Howard Howard

Star number 21201

Kelsey Richadson

Rodney Mastin

Chic Pixey

Two Chicago Policemen

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

  ✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

I.  **Plaintiff(s):**

   A. Name: Michael Anderson

   B. List all aliases: None

   C. Prisoner identification number: 2007008 2948

   D. Place of present confinement: Cook County Jail

   E. Address: 2600 California Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Paul Howard Star # 21201

   Title: Chicago Detetive Star # 21201

   Place of Employment: Chicago Police Department

   B. Defendant: Chic Piney

   Title: Land Lord

   Place of Employment: 3123 South Calumet

   C. Defendant: Rodney Mastin

   Title: Ast Land Lord

   Place of Employment: 3123 South Calumet

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Reference Complaint at CL 1012593

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 3510 S. Michigan Ave. Chicago IL 60653

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: February 19, 2008

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 1, 2007 I was accused of burglaring and other Felon of the property of 3123 South Calumet at 10:40 AM Case # 07CR23771

My Civil Complaint is on the resting Chicago policemen on that day in question And also detective Paul Howard Star # 21201.

I was around 3123 South Calumet St Kelsey Richardson, Rodney Mastin and Chic Piney beat me badly for trying to seek "Shelter" Around Rodney Mastin Property in which I ran to the Chicago policemen for protection but was arrested for something I didnt do.

Editional information is attachment to this Civil Complaint under Illinois State Law 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure. Complaint # CL 1012593.



| Richard M. Daley<br>Mayor | **Department of Police • City of Chicago**<br>3510 S. Michigan Avenue • Chicago, Illinois 60653 | Jody P. Weis<br>Superintendent of Police |

Michael E. Anderson
P.O. Box 089002
Chicago, IL. 60608

February 19, 2008

Reference: Complaint # CL 1012593

Mr. Watson,

Please be advised that the Chicago Police Department's Internal Affairs Division is in receipt of your complaint, and will investigate the matter as quickly as possible. Further, be aware that no investigation can be complete without the full co-operation of the complainant.

As of January 1, 2004, Illinois State Law 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure mandates that any complaint made against a Sworn Peace Officer in Illinois must be supported by a sworn affidavit. This document is enclosed and will serve as proof that any further statements regarding this investigation are truthful to the best of your knowledge and recollection. This document **must be signed by you in addition to being witnessed, and attested to by a Notary Public.** If this document is not received by the Chicago Police Department, the investigation may be closed.

Note that a vital part of any investigation is the proper recording of information and evidence. As the complainant, it is your responsibility to provide specific information including dates, times, and locations where the alleged misconduct occurred. Also, physical evidence (i.e. photos and/or documents) that you have should be supplied to me. Any contact information regarding witnesses should also be provided. Most importantly, I need to interview you regarding your allegations. Arrangements will be made only after a Signed Sworn Affidavit has been received.

Please contact me as soon as possible at the following number provided. Be aware that the Chicago Police Department **DOES NOT** accept collect calls. I can be reached at 312-745-6310, Ext. 85048 between 8:30AM and 4:00 PM Monday thru Friday. I can also be reached by mail at the following address:

> P.A. N. Del Valle
> Chicago Police Department
> 3510 S. Michigan Ave
> Chicago, IL. 60653
> ATTENTION: Internal Affairs Division

Chicago Police Department
Internal Affairs Division
General Investigation Section

# SWORN AFFIDAVIT FOR COMPLAINT REGISTER INVESTIGATION
CHICAGO POLICE DEPARTMENT

| STATE OF ILLINOIS }} CC COUNTY OF COOK }| | |
|---|---|---|
| Location of Incident<br>3300 S. Michigan Ave. | Date<br>November 1, 2007 | Time<br>about 10:55 AM |

I, Michael E. Anderson hereby state as follows:

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the allegations set forth in my complaint are true and correct, except as to any matters therein stated to be on information and belief and as to such matters, I certify as aforementioned that I verily believe the same to be true.

_Michael G. Anderson_
Print Complainant's Name

_Michael E Anderson_ (signature)
Complainant's Signature

_2-25-08_
Date

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011

_EDDIE Durham_
Print Witness's Name

_Eddie Durham_ (signature)
Witness's Signature

_02/28/08_
Date

CPD-44.126 (Rev. 6/05) English

Attachment ___3___

C. R. No. ___1012593___

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Receit Plus Drop the Charges

**VI.**   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __Feb__, 20__08__

_____
(Signature of plaintiff or plaintiffs)

_Michael E. Anderson_
(Print name)

_Michael E. Anderson_
(I.D. Number) 2007008 2948

2600 California St
Chicago IL. 60608
(Address)

6                                                                  Revised 9/2007

7