UNITED STATES DISTRICT COURT **FILED**

NORTHERN DISTRICT OF ILLINOIS

219 SOUTH DEARBORN STREET

CHICAGO, ILLINOIS 60604

APR 1 7 2008

APR 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Siting Judge, if other Than Assigned judge, CHARLES R. NORGLE please be advised that I michael E. Anderson.

CASE# 08C1413

Went over and beyond trying to get the Identity. of arresing officers so I filed a complaint. with the Department of internal Affairs Division, to investigate the arresting officers their superintendant of the police Name is Jody p. Weis their Reference complaint # CL1012593 mr. Watson There phone # is 312-745-6310 EX 85048

Please contact me back as soon as possible to Let me know that you recived This Document, thank you very much.

Notary seal

Signature OF Notary public

Mr. Brown

Notary public State of Illinois

NOTARIZED UNDER AND BY 735 ILCS 5/1-109 UNDER PENALTY OF PERJURY, This ___3___ DAY of ___4___ ___08___
DAY          MONTh     YEAR

Respecfully Submitted

signature