Case No: O8C1413

Assigned Judge: Charles A. Norgle

Michael E. Anderson  20070082948

**FILED**

APR 2 9 2008
4-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V

Paul Howard et el.

Answering letter recieved on 3-31-08

On about NOV 01,07 The arresting officers was taken me to the hospital. On the way there The three guys that beat me up Crossing the street. (Still not this time I dont have the three officers name.) Officers stop the car Because I had told then that that those were the ones who beat me. The officers got out and stoped the three upon Aproach they tell the officers that I had a nife they left after that and the officers didn't arrest them. So I went to the hospital. There at the Hospital A Detative, Howard Came into My Room the three guys at this point had told mr Howard all they did to me. Seeing me he (Howard) had the chance to arrest the three guys. instead he told me that I was going to Jail and that was the police house. Mr Howard is also the only person that went to the indictment and Testafied agisnt me. The three guys didn't even sign thier complent. And to it may Concern I'm having a hard time in Jail I don't have a lot of resores in I need a Attorery I ask the Court Plese help me because I reany Need to do this Thank

Michael E Anderson                                       (ua)