Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1413 | DATE | 7/17/2008 |
| CASE TITLE | Michael E. Anderson (2007-0082948) v. Paul Howard | | |

**DOCKET ENTRY TEXT:**

Plaintiff, Michel Anderson, has failed to comply with the court's May 19, 2008 order, wherein the court directed plaintiff to submit an amended complaint. Plaintiff was forewarned that failure to comply within 30 days would result in dismissal of this case. Having not received an amended complaint, the court dismisses the case without prejudice. Fed. R. Civ. P. 41(b).

*[signature: Charles Norgle]*

Docketing to mail notices.

FILED
2008 JUL 17 PM 4:59
CLERK
U.S. DISTRICT COURT

| | isk |
|---|---|